5

MONICA Y. KIM (SBN 180139)
KURT RAMLO (SBN 166856)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: myk@lnbyb.com; kr@lnbyb.com

Attorneys for Defendant University of Southern California

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 13-27626-C-7 |
| CHARLES MICHAEL ANKRIM, AND CLAUDIA LYNN ANKRIM, | Chapter 7 |
| | Adv. No. 15-02107-C |
| Debtors. | DC No. LNB-1 |
| GEOFFREY RICHARDS, CHAPTER 7 TRUSTEE, | **DECLARATION OF MONICA Y. KIM IN SUPPORT OF MOTION TO DISMISS COMPLAINT TO AVOID AND RECOVER FRAUDLENT TRANSFERS** |
| Plaintiff, | |
| v. | Date: August 11, 2015<br>Time: 9:30 a.m. |
| UNIVERSITY OF SOUTHERN CALIFORNIA, | Courtroom:  Courtroom 35<br>Department C<br>501 I Street, 6th Floor |
| Defendant. | Sacramento, CA |

**I, Monica Y. Kim, hereby declare as follows:**

1. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

1

2. I am a partner of the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P., counsel to University of Southern California, defendant in the above-referenced adversary proceeding. I am admitted to practice law in the State of California, and before this Court.

3. Attached hereto as Exhibit 1 is bill H.R. 2267, known as Protecting All College Tuition ("PACT") Act, which was introduced and referred by Congressman Chris Collins (NY) into the House Committee on the Judiciary on May 12, 2015. I obtained this information and a copy of the bill from www.congress.gov. According to www.congress.gov, on June 1, 2015, the bill was referred to the Subcommittee on Regulatory Reform, Commercial And Antitrust Law. If passed, the PACT Act would provide that tuition payments made to a postsecondary institution by a parent on behalf of their child are not fraudulent for purposes of section 548 of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of June 2015 in Los Angeles, California.

                                              /s/ Monica Y. Kim
                                              MONICA Y. KIM

**Exhibit 1**

F:\M14\COLLNY\COLLNY_010.XML

..........................................................
(Original Signature of Member)

114TH CONGRESS
1ST SESSION

# H. R. _____

To amend title 11, United States Code, to provide an exception to the avoidance of transactions by bankruptcy trustee under section 548 where the transaction was a good faith payment by a parent of post secondary education tuition for that parent's child

---

## IN THE HOUSE OF REPRESENTATIVES

Mr. COLLINS of New York introduced the following bill; which was referred to the Committee on _____

---

# A BILL

To amend title 11, United States Code, to provide an exception to the avoidance of transactions by bankruptcy trustee under section 548 where the transaction was a good faith payment by a parent of post secondary education tuition for that parent's child

1  *Be it enacted by the Senate and House of Representa-*
2  *tives of the United States of America in Congress assembled,*
3  **SECTION 1. SHORT TITLE.**
4  This Act may be cited as the "The PACT (Protecting
5  All College Tuition) Act of 2015".

F:\M14\COLLNY\COLLNY_010.XML

2

SEC. 2. EXCEPTION TO SECTION 548 AVOIDANCE.

Section 548 of title 11, United States Code, is amended by adding at the end the following:

"(f) A payment of tuition by a parent to an institution of higher education (as defined in either section 101 or 102 of the Higher Education Act) for the education of that parent's child is not a transfer covered under paragraph (1)(B).".