**3**

MONICA Y. KIM (SBN 180139)
KURT RAMLO (SBN 166856)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email: myk@lnbyb.com; kr@lnbyb.com

Attorneys for Defendant University of Southern California

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>CHARLES MICHAEL ANKRIM, AND CLAUDIA LYNN ANKRIM,<br><br>                              Debtors. | Case No. 13-27626-C-7<br><br>Chapter 7<br><br>Adv. No. 15-02107-C<br><br>DC No. LNB-1 |
| GEOFFREY RICHARDS, CHAPTER 7 TRUSTEE,<br><br>                              Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>                              Defendant. | **STIPULATION TO CONTINUE (1) HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT TO AVOID AND RECOVER FRAUDLENT TRANSFERS, AND (2) STATUS CONFERENCE**<br><br>Current Hearing on Motion to Dismiss<br>Date:   August 11, 2015<br>Time:   9:30 a.m.<br><br>Current Status Conference<br>Date:   August 19, 2015<br>Time:   1:30 p.m.<br><br>Proposed Continued Hearing on Motion to Dismiss and Status Conference<br>Date:   September 8, 2015<br>Time:   9:30 a.m.<br>Courtroom:   Courtroom 35<br>                        Department C<br>                        501 I Street, 6th Floor<br>                        Sacramento, CA |

1

**TO THE HONORABLE CHRISTOPHER M. KLEIN, UNITED STATES BANKRUPTCY JUDGE:**

This Stipulation is made between Geoffrey Richards, the Chapter 7 trustee ("Trustee" or "Plaintiff") of the bankruptcy estate of the above-referenced debtors, Charles Michael Ankrim and Claudia Lynn Ankrim ("Debtors"), on the one hand, and defendant University of Southern California ("USC" or "Defendant"), on the other hand, by and through their respective counsel of record, with regard to the following:

1. On June 3, 2013 ("Petition Date"), the Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code. The Trustee was duly appointed to serve as the Chapter 7 trustee of the Debtors' bankruptcy estate.

2. On May 29, 2015, the Trustee filed a complaint against USC seeking to avoid and recover fraudulent transfers.

3. The status conference in the adversary proceeding is currently scheduled to be held on August 19, 2015 at 1:30 p.m. before the Court.

4. On June 30, 2015, Defendant filed a motion to dismiss the complaint, which was set for hearing on August 11, 2015 at 9:30 a.m. before the Court.

5. Since the motion to dismiss was set for hearing on August 11, 2015, scheduling conflicts have arisen for Defendant's counsel. Counsel for Defendant requested that the Trustee continue the hearing on the motion to dismiss, and the Trustee has agreed, on the terms and conditions of this Stipulation.

6. As set forth below, the Trustee and Defendant have agreed to continue the hearing as to the motion to dismiss to September 8, 2015 at 9:30 a.m. Given that this continued hearing date is after the status conference, the parties have also agreed to request that the status conference be continued to the same date and time as the continued hearing on the motion to dismiss.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED UPON BETWEEN THE PARTIES AS FOLLOWS:**

Case 15-02107　　Filed 07/10/15　　Doc 11

C.　Defendant's reply to the Trustee's opposition to the motion to dismiss shall be filed with the Court, and served upon Trustee and his counsel by not later than September 1, 2015.

D.　The status conference in the adversary proceeding shall be continued from August 19, 2015 at 1:30 p.m. to September 8, 2015 at 9:30 a.m.

Dated: July __, 2015　　　　　　　　UNIVERSITY OF SOUTHERN CALIFORNIA

By: _____
　　Monica Y. Kim
　　Kurt Ramlo
Levene, Neale, Bender, Yoo & Brill L.L.P.
Attorneys for University of Southern California

Dated: July 10, 2015　　　　　　　　GEOFFREY RICHARDS, CHAPTER 7 TRUSTEE

By: _____
　　Aaron A. Avery
Hefner, Stark & Marois, LLP
Attorneys for Chapter 7 trustee, Geoffrey Richards

3