MONICA Y. KIM (SBN 180139)
KURT RAMLO (SBN 166856)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: myk@lnbyb.com; kr@lnbyb.com

Attorneys for Defendant University of Southern California

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>CHARLES MICHAEL ANKRIM, AND CLAUDIA LYNN ANKRIM,<br><br>                    Debtors.<br>_____<br>GEOFFREY RICHARDS, CHAPTER 7 TRUSTEE,<br><br>                    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>                    Defendant. | Case No. 13-27626-C-7<br><br>Chapter 7<br><br>Adv. No. 15-02107-C<br><br>DC No. LNB-1<br><br>**ORDER APPROVING STIPULATION TO CONTINUE (1) HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT TO AVOID AND RECOVER FRAUDLENT TRANSFERS, AND (2) STATUS CONFERENCE**<br><br><u>Current Hearing on Motion to Dismiss</u><br>Date:   August 11, 2015<br>Time:  9:30 a.m.<br><br><u>Current Status Conference</u><br>Date:   August 19, 2015<br>Time:  1:30 p.m.<br><br><u>Proposed Continued Hearing on Motion to Dismiss and Status Conference</u><br>Date:   September 8, 2015<br>Time:  9:30 a.m.<br>Courtroom:  Courtroom 35<br>                    Department C<br>                    501 I Street, 6th Floor<br>                    Sacramento, CA |

RECEIVED
July 10, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005567533

The Court, having reviewed and considered the Stipulation between Geoffrey Richards, the Chapter 7 trustee ("<u>Trustee</u>" or "<u>Plaintiff</u>") of the bankruptcy estate of the above-referenced debtors, Charles Michael Ankrim and Claudia Lynn Ankrim ("<u>Debtors</u>"), on the one hand, and defendant University of Southern California ("<u>USC</u>" or "<u>Defendant</u>"), on the other hand, by and through their respective counsel of record, to continue (1) hearing on Defendant's motion to dismiss complaint to avoid and recover fraudulent transfers, and (2) status conference ("<u>Stipulation</u>"), and for good cause appearing therefor, IT IS HEREBY ORDERED AS FOLLOWS:

A.     The hearing on Defendant's motion to dismiss, currently scheduled for August 11, 2015 at 9:30 a.m., shall be continued to September 8, 2015 at 9:30 a.m. before the Court.

B.     Trustee's opposition to the motion to dismiss shall be filed with the Court, and served upon Defendant's counsel by not later than August 18, 2015.

C.     Defendant's reply to the Trustee's opposition to the motion to dismiss shall be filed with the Court, and served upon Trustee and his counsel by not later than September 1, 2015.

D.     The status conference in the adversary proceeding shall be continued from August 19, 2015 at 1:30 p.m. to September 8, 2015 at 9:30 a.m.

"<u>IT IS SO ORDERED</u>."

Dated: July 29, 2015

_____
United States Bankruptcy Judge