# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Richards v. University of Southern California | **Case No :** | 13–27626 – C – 7 |
| | | **Adv No :** | 15–02107 – C |
| | | **Date :** | 08/19/2015 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | Status Conference – [1] – (13 (Recovery of money/property – 548 fraudulent transfer)),(14 (Recovery of money/property – other)) : Complaint 15–02107 by Geoffrey Richards against University of Southern California. (Fee $350.00) (eFilingID: 5535515) (isaf) |

| | | | |
|---|---|---|---|
| **Judge :** | Christopher M. Klein | **Courtroom Deputy :** | Sheryl Arnold |
| **Department :** | C | **Reporter :** | Diamond Reporters |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

STATUS CONFERENCE CONTINUED TO: 9/8/15 at 09:30 AM

Pursuant to stipulated order entered July 29, 2015 (Doc. #13).