8

MONICA Y. KIM (SBN 180139)
KURT RAMLO (SBN 166856)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: myk@lnbyb.com; kr@lnbyb.com

Attorneys for Defendant University of Southern California

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| In re | Case No. 13-27626-C-7 |
|---|---|
| CHARLES MICHAEL ANKRIM, AND CLAUDIA LYNN ANKRIM, | Chapter 7 |
| | Adv. No. 15-02107-C |
| Debtors. | DC No. LNB-1 |
| GEOFFREY RICHARDS, CHAPTER 7 TRUSTEE, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S REPLY TO OPPOSITION TO MOTION TO DISMISS COMPLAINT TO AVOID AND RECOVER FRAUDLENT TRANSFERS** |
| Plaintiff, | |
| v. | Date: September 8, 2015 |
| UNIVERSITY OF SOUTHERN CALIFORNIA, | Time: 9:30 a.m. |
| | Courtroom: Courtroom 35 |
| | Department C |
| Defendant. | 501 I Street, 6th Floor |
| | Sacramento, CA |
| | [Request for Judicial Notice Filed Concurrently Herewith] |

**TO THE HONORABLE CHRISTOPHER M. KLEIN, UNITED STATES BANKRUPTCY JUDGE:**

Defendant University of Southern California ("USC" or "Defendant") hereby respectfully requests that the Court take judicial notice of certain facts, including, without limitation, facts that can be accurately and readily determined from sources whose accuracy cannot reasonably by questioned, in connection with its reply ("Reply") to the opposition ("Opposition") filed by Geoffrey Richards, the Chapter 7 trustee ("Trustee" or "Plaintiff") of the bankrupcty estate of the above-referenced debtors, Charles Michael Ankrim and Claudia Lynn Ankrim ("Debtors"), to USC's motion ("Motion") to dismiss the "*Complaint To Avoid and Recover Fraudulent Transfers*" ("Complaint") brought by the Trustee. . This request is based on Rule 201 of the Federal Rules of Evidence.

USC's request includes the following documents:

1.       **Exhibit "1"** – True and correct printout of that portion of the website, www.studentaid.ed.edu pertaining to "How Aid is Calculated."

Dated: September 1, 2015          UNIVERSITY OF SOUTHERN CALIFORNIA

By:___*/s/ Monica Y. Kim*_____ _____
          Monica Y. Kim
          Kurt Ramlo
          Levene, Neale, Bender, Yoo & Brill L.L.P.
          Attorneys for University of Southern California

**Exhibit 1**

Menu

Federal **Student** Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

PROUD SPONSOR *of*
*the* AMERICAN MIND ®

| Prepare for College ⌄ | Types of Aid ⌄ | Who Gets Aid ⌄ | FAFSA: Applying for Aid ⌄ | How to Repay Your Loans ⌄ |
|---|---|---|---|---|

Home » FAFSA: Applying for Aid » Next Steps » How Aid is Calculated



## Wondering how the amount of your federal student aid is determined?

*The colleges or career schools you list on your Free Application for Federal Student Aid (FAFSA®) will use several pieces of information to calculate your aid.*

So, you've filed your FAFSA®, and you've checked your *Student Aid Report* to be sure all your information is correct, and now you're wondering how that data is used to come up with the list of financial aid for which you're eligible.

⊘ If I meet the basic eligibility criteria for federal student aid, who decides how much money I'll get?

⊘ What does cost of attendance (COA) mean?

⊘ What's the Expected Family Contribution (EFC)?

⊘ What is need-based aid and how does my school figure out how much I'll get?

⊘ What is non-need-based aid and how does my school figure out how much I'll get?

## If I meet the basic eligibility criteria for federal student aid, who decides how much money I'll get?

Here's the short answer:

Your eligibility depends on your Expected Family Contribution, your year in school, your **enrollment status**, and the cost of attendance at the school you will be attending. The **financial aid office** at your college or career school will determine how much

### Quick Links

Comparing School Aid Offers
Accepting Aid
Receiving Aid
Entrance Counseling
Leave Us Feedback

### Glossary

FAFSA

*Free Application for Federal Student Aid*

Enrollment Status

Reported by the school the student attended, indicates whether the student is (or was) full-time, three-quarter time, half-time, less than half-time, withdrawn, graduated, etc.

financial aid you are eligible to receive.

- The financial aid staff starts by deciding upon your cost of attendance (COA) at that school.

- They then consider your Expected Family Contribution (EFC).

- They subtract your EFC from your COA to determine the amount of your **financial need** and therefore how much need-based aid you can get.

- To determine how much non-need-based aid you can get, the school takes your cost of attendance and subtracts any financial aid you've already been awarded.

If you'd like the long answer, keep reading!

top ⬆

# What does cost of attendance (COA) mean?

Your COA is the amount it will cost you to go to school. Most two-year and four-year colleges will calculate your COA to show your total cost for the school year (for instance, for the fall semester plus the spring semester). Schools with programs that last a different period of time (for instance, an 18-month certificate program) might give you a COA that covers a time period other than a year.

If you're attending at least half-time, your COA is the estimate of

- tuition and fees;

- the cost of **room and board** (or living expenses for students who do not contract with the school for room and board);

- the cost of books, supplies, transportation, loan fees, and miscellaneous expenses (including a reasonable amount for the documented cost of a personal computer);

- an allowance for child care or other dependent care;

- costs related to a disability; and/or

- reasonable costs for eligible study-abroad programs.

top ⬆

# What's the Expected Family Contribution (EFC)?

### Financial Aid Office

The office at a college or career school that is responsible for preparing and communicating information on financial aid. This office helps students apply for and receive student loans, grants, sc...

### Financial Need

The difference between the cost of attendance (COA) at a school and your Expected Family Contribution (EFC). While COA varies from school to school, your EFC does not change based on the school you...

### Room and Board

An allowance for the cost of housing and food while attending college or career school.

### Federal Student Aid Programs

The programs authorized under Title IV of the Higher Education Act of 1965 that provide grants, loans and work-study funds from the federal government to eligible students enrolled in college or ca...

### Scholarship

Money awarded to students based on academic or other achievements to help pay for education expenses. Scholarships generally do not have to be repaid.

Your EFC is an index number that college financial aid staff use to determine how much financial aid you would receive if you were to attend their school. The information you report on your FAFSA is used to calculate your EFC.

The EFC is calculated according to a formula established by law. Your family's taxed and untaxed income, assets, and benefits (such as unemployment or Social Security) all could be considered in the formula. Also considered are your family size and the number of family members who will attend college or career school during the year. *The EFC Formula* guide shows exactly how an EFC is calculated.

## Did You Know?

A school's financial aid staff can consider circumstances such as unusual medical expenses, tuition expenses, or unemployment and can adjust your COA or some of the information used to calculate your EFC.

top ▲



Your EFC is not the amount of money your family will have to pay for college, nor is it the amount of federal student aid you will receive. It is a number used by your school to calculate how much

financial aid you are eligible to receive.

## What is need-based aid and how does my school figure out how much I'll get?

Your college or career school first determines whether you have financial need by using this simple formula:

---

**Calculating Your Financial Need**

Cost of Attendance (COA)

– Expected Family Contribution (EFC)

= Financial Need

---

Need-based aid is financial aid that you can receive if you have financial need and meet other eligibility criteria. You can't receive more need-based aid than the amount of your financial need. For instance, if your COA is $6,000 and your EFC is 2000, your financial

need is $4,000; so you aren't eligible for more than $4,000 in need-based aid.

The following are the need-based **federal student aid programs**:

- Federal Pell Grant
- Federal Supplemental Educational Opportunity Grant (FSEOG)
- Direct Subsidized Loan
- Federal Perkins Loan
- Federal Work-Study

top ⊙

## What is non-need-based aid and how does my school figure out how much I'll get?

Your school determines how much non-need-based aid you can get by using this formula:

---

**Calculating Your Non-need-based Aid**

  **Cost of Attendance (COA)**

  **– Financial Aid Awarded So Far\***

  **= Eligibility for Non-need-based Aid**

---

\*includes aid from all sources, such as the school, private scholarship providers, etc.

Non-need-based aid is financial aid that is not based on your EFC. What matters is your COA and how much other assistance you've been awarded so far. For instance, if your COA is $6,000 and you've been awarded a total of $4,000 in need-based aid and private scholarships, you can get up to $2,000 in non-need-based aid.

The following are the non-need-based federal student aid programs:

- Direct Unsubsidized Loan
- Federal PLUS Loan
- Teacher Education Access for College and Higher Education

(TEACH) Grant

top ◓